**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6535**

─────────────

TIMMY TERRON,

                    Plaintiff - Appellant,

     versus

ROBERT KUPEC, Warden; JOSEPH COLBURN, Captain;
R. T. WELLS, Sergeant; L. R. VANN, Captain;
EDWIN TURNER, Principal; VICTOR ELBECK, Adj.
H.O.; ROBERT D. RITCHEY; MARVIN N. ROBBINS,
I.G.O.,

                    Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-01-
2155-AMD)

─────────────

Submitted:  October 2, 2002      Decided:  October 16, 2002

─────────────

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Timmy Terron, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timmy Terron seeks to appeal the district court's order denying reconsideration of the denial of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Terron v. Kupec, No. CA-01-2155-AMD (D. Md. July 30, 2001 & Jan. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED